FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 18 2022
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 NOV 18  A 10: 01

TAMMY H. DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

*CLASS ACTION*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____*CENTRAL*_____ DIVISION

CASE NO. _*4:22-cv-895-JM-ERE*_
_*896-942*_
_*+ additional*_          Jury Trial: ☑Yes ☐ No
                              **(Check One)**

4:22-cv-01165-JM-ERE

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second
blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: *Paul Criswell*
PLRDF ~~ADC~~ # _253807_

Address: _3201 W. Roosevelt Rd, LittleRock, AR 72204_

Name of plaintiff: _Jeffrey McEwen_
ADC # _188650_

Address: _329 W. Roosevelt Rd LittleRock, AR 72204_

Name of plaintiff: _Incorporate all Names Listed Here with on Pages 4a-d_
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the
second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _(FNU) Higgins_

Position: _Sheriff_

Place of employment: _Pulaski County_

Address: _3201 W. Roosevelt Rd, LR, AR 72204_

Name of defendant: _(FNU) Calvin_

Position: _Captian_

                              This case assigned to District Judge **Moody**
          -4a  and to Magistrate Judge **Ervin**

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 USC § 1983
CLASS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO _4:22-CV-8__ to ___ JM-FRE

I.   Parties

Please add the following names the to the complaint "Filed" Sep 28, 2022, and incorporate all issues presented and attached.

| Name | PCR DF # | Signature |
|------|----------|-----------|
| A | | |
| 47 James B. McFarlin | 155106 | |
| 48 Keith Hirtley | 149082 | Keith Hirtley |
| 49 Harley Marsh | 266000 | Harley M |
| 50 Leon George Williams | 156155 | Leon George Williams |
| 51 Aaron T. Dillard | 253807 | Aaron T. Dillard |
| 52 Travis D. Clary | 157909 | Tio Chy |
| 53 Keyshawn Crook | 208105 | Keyshawn Crook |
| 54 Brandon Coffey | 250948 | Brandon Coffey |
| 55 Rodael Smith | 173224 | Rodael Smith |
| Mulfeed Vinson | 263901 | H. Vinsin |
| Sam Edwards | 254600 | Sam Edwards |
| Scotty McClina | 84987 | Scotty McClina |
| Travis Brown | 108643 | Tra B |
| 60 Maurice Williamson | 10224 | Maurice Williams |
| Michael Ellis | 105170 | ML |
| Nikisha Jackson | 47517 | Nikisha Jackson |
| Richaed O Smith | 80625 | Richael O Smith |
| James Edwin Allen | 54167 | James Edwin Allen |
| 65 Frankie Webb | 253060 | Frank Webb |
| Clay Raver | 256298 | Clay Raver |
| Ross Howard | 1837 | Ross Howard |
| Kennith Hall | 400213 | Kennith Hall |
| 68 Demitrue Williams | 163415 | Demitrue Williams |

Continued on P.2

B   Name of defendant _Higgins (FNU)_

Position _Sheriff_

P. 4 of

| Name | ADC/RDF # | Signature |
|---|---|---|
| Larrymon Cobb | 218339 | |
| Kevin Lemons | 115308 | |
| Patrick Arnett | 251024 | |
| Aaron Cromwell | 261946 | |
| Donnell Jackson Jr | 255465 | |
| Lonnie Boss | 54294 | |
| LaMarcus Strong | 155893 | |
| Micheal Dale Graham | 255664 | |
| Robert Battles | 144148 | |
| James Suckson | 251009 | |
| Christopher McDonald | 61544 | |
| Je'Marius Johnson | 255851 | |
| Johnathan D Taylor | 264-646 | |
| Laron Evans | 259680 | |
| Steven Baker | 206964 | |
| Darron Deavan Morgan | 250824 | |
| Decurius Shelton | 250955 | |
| Verna Dean Butler | 68869 | |
| Quinton Lamar Simmons | 195811 | |
| Damian Ingram | 253592 | |
| Ryan Butler | 251639 | |
| Christopher Harrell | 195975 | |
| Bruce Sanford | 258528 | |
| Steven Pilgrim | 121496 | |
| Kentya D. Rich | 113029 | |
| Lavar White | 178114 | |
| Linsel Hill Jr | 900715 | |
| Jake Small | 111117 | |
| Anthony Miller | 138277 | |
| Willie Townsend | 217939 | |

P. Q. 4c

Case: 4:22-cv-00895-JM-ERE / Document #: 1-0    Filed: 09/28/2022    Page 3 of 13

| Name | Book / Number | Signature |
|---|---|---|
| 1 Marcus Washington | 149540 | Marcus L. Washington |
| 2 Anthony Miller | 138227 | Anthony Miller |
| 3 Willie Williams | 00289-22 | Willie Williams |
| 4 Andrew Alexander | 101590 | Andrew Alexander |
| 5 Revis Perry | 158631 | No Pro |
| 6 Wardell Woods | 167937 | Wardell Woods |
| 7 Bryan Carroll | 261346 | Bryan Carroll |
| 8 Aaron Betger | 208526 | |
| 9 Tracy Cottrell | 172289 | Tracy Cottrell |
| 10 Santiago Pechaco | 217675 | Santiago pacheco |
| 11 Bralyn Gaines | 200625 | |
| 12 Pedro Ramirez | 215422 | Pedro Ramirez |
| 13 Derrick Frazier | 215438 | |
| 14 Robinson, Joshua | 9737 | |
| 15 Mychel Walter | 180554 | Mychel Walter |
| 16 Derek Edwards | 265307 | Derk Edward |
| 17 Ronald Timothy Johnson | 257664 | Ronald Timothy Johnson Jr |
| 18 Calvin T. Everhart Jr | 215678 | Calvin T Everhart Jr |
| 19 Rudolph Eagle | 881708 | Rudolph Eagle Jr |
| 20 Juaquawn Seals | 264947 | |
| 21 Bradley McNeely | 161126 | Bradley McNeely |
| 22 Juan Contreras | 265368 | |
| 23 Gerald Sanders | 8700108 | Gerald Sanders |
| 24 James Tice | 72292 | James Tice |
| 25 Alan Thompson | 265410 | Alan Thompson |
| 26 Travon Rae | 10503 | Travon Rae |
| 27 Justin Brown | 126851 | Justin B |
| 28 Aaron Bell | 252918 | Aaron Bell |
| 29 Tomkin Neace | 128696 | Tomkin Neace |
| 30 Brandon Palmer | 264875 | Brandon Palmer |
| 31 Derrick Allen Ross | 167800 | Derrick A. Ross |
| 32 Faizaun Tyler | 256816 265816 | Faizaun Tyler |
| 33 Wilber Brown Jr | 102214 | Wilbur Brown Jr. |
| 34 Germaine Tillman | 187445 | Germaine Tillman |
| 35 Tayquan Meredith | 212373 | Tayquan M |
| 36 Carlton Johnson | 213201 | Carlton Jo |
| 37 Keri Hickey | 215731 | Keri Hickey |
| 38 Christopher Gilliam | 256129 | Christopher Gilliam |
| 39 Kaleem Barnes | 264581 | Kaleem Barnes |
| 40 Ty Clement | 264681 | Ty Clement |
| 41 John Wesley Smith | 127128 | |
| 42 Jeremiah McDaniel | 250201 | Jeremiah McDaniel |
| 43 Jeremiah McDaniel | 250201 | Jeremiah McDaniel |
| 44 Adam Webb | 202302 | Adam Webb |
| 45 Edward Arnel Harper | 153914 | Edward Harper |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 56 | | |

Page 4d

Sgt (FNU) Mathis    Lt. ALLIEN (LFNU)
Sgt (FNU) Mussalas (sn)
Major (FNU) Thompson
Sgt (FNU) Lattimore
Sgt (FNU) Hunter
Deputy (FNU) Horton
Deputy (FNU) Patello
Deputy (FNU) Husky
Deputy (FNU) Jackson
Lt (FNU) Nelson
Major (FNU) Rose
Chief (FNU) Henbree
Dpty (FNU) Herron
Deputy (FNU) Harrison
Sgt (FNU) Yakimoviez
Deputy (FNU) Reed
Deputy (FNU) Marshall
Deputy (FNU) Jones
Deputy (FNU) ARCE
Deputy (FNU) Jackson Ms
Deputy (FNU) Ellaway
Deputy (FNU) Stovall
Deputy (FNU) Whitly

(Angie LNU : Mailroom) (Trinity Food Service Deary Brown)

Place of employment: _Pulaski County Detention Facility_

Address: _3201 Roosevelt Rd, LR AR 73204_

Name of defendant: _M (FNU) Thompson_

Position: _Major_

Place of employment: _PCRDF_

Address: _3201 W Roosevelt Rd, LR, AR 73204_

Name of defendant: _Unknown Deputies (DOES)_

Position: _Housing Unit Officers Deptys_

Place of employment: _PCRDF_

Address: _3201 W Roosevelt Rd, LR AR 73204_

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No _✓_

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

Yes ✓    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Inmate Handbook - the Inmates "are Entitled to Humane treatment".

1.) Rule 4 "Inmates are required to Shower Daily" On Page 12 Handbook "You will be allowed at least one [1] hour of Out-of-cell recreation daily!" "Code 2a Facilities" Stops all Recreation/Movement/showers/No out of Cell Exercise/Nothing but sitting in cell or on bunk. 20 days in June/16 day July/15 August/16/Sept. The deputies are told not to Let anyone out of cells/off bunks FED RCV.P 20(a)(2) This is an occurrence throughout the Facility where everyone is under the Same Restr.

2) Religious Services - New Policy - unwritten - enforce by directive that No gathering even if for Religious. Officers are instructed to disburse This occurrence is throughout the Facility which constitutes series of occurances each time I and others gather to conduct Religious activities. Common Practice

3) Mail - Inmate Handbook, P.12, "is an established right" under Mail Regulations "important for maintaining order within the Facility." No Mail is allowed to enter the Facility; Including Religious, legal materials. This is a series of trans- actions and continued occurrences to all defendants common to single Mailroom returning all mail or disposing (meaning some mail not given to individuals me or others nor returned common to all) even if that mail simply contains a Money Order where the money disappears.

*[Left margin, vertical text:]* All My Notes on specific days where Thrown at Helen in Shakedown 10/28/22 @ 330 pm I had Mail Made Notes on Newspaper when writing Paper was unavailable.

Here The Occurence of Mail is common to all defendants Hence the Injunctive relief for Notice of Return mail at which The decision to dispose of being up to Inmate Policy decision

-7a-

Screening:

Rule 23. Class Actions

a) Prerequisites. One or more members of a class may sue or be sued as
representative parties on behalf of all members only if:
   1) the class is so numerous that joinder of all members is impracticable; Here the actions of
   the Administration Officers Behind Closed doors initiate violation of Civil Rights
   throughout the facility where everyone becomes a party to the same transaction
   cause by the "lockdown" mode of the Jail.

   2) There are questions of Law or fact common to the class: Due Process, Eighth
   Amendment Cruel & Unusual Punishment by denial of Recreation,* First Amendment Collision

   3) the claims of the representative parties are typical of the claims of the class: Everyone
   is effected by the conduct of Administration Actions not individual to specific Officers
   when Officers carry out instructive decisions imposed by Superiors.

   4) the representative parties will fairly and adequately be protected by the representative
   interested parties of the class

b) Class Action Maybe maintained if Rule 23(a) is satisfied and se:
   1) Here the prosecuting separate actions by or against individual class members
   Would create risk of:
      A) Inconsistent and varying adjudications with respect to individual class members
      that would establish standards of conduct for the party opposing the class
      B) With respect to individual class members that interest would be substantially impaired
      or impeded in protecting other members individual adjudications
   2) The injunctive relief requested of the opposing party apply generally
   to the class as a whole
   3) The questions of Law or fact are common to class that predominate over
   any questions affecting only individual members and class action is the
   Superior method for fairly and efficiently adjudicating the controversies presented.
   Pertinent matters to these findings include.
   A) Class members' interest in individually controlling the prosecution is of efficiently
   Controlling court time
   B) No litigation has begun to warrant against class Members
   C) This Honorable court should desire the concentration of litigation to be under A CLASS
   Action Forum
   D) The difficulties in management of this class are grouped In Actions/Inactions,
   Failures/No Action and Clear Evil Practices of Administration of daily activities within
   the Jail Facilities

*Recreation is considered Time away from bunk sleeping quarters or cell confinement whether
that time is inside or outside. The honorable Moody suggest Mr. Criswell was referring to Outside Recreation
and a review of the original Complaint DOES NOT Address the indication of OUTSIDE. I B&D

-7 b-

Screening Continued!

1) a. Eighth Amendment - Cruel & Unusual Punishment - Living Quarters 45' x 48' containing 78 inmates. National Jail Standards require 50 square feet per inmate. National Jail Standards require 50-55 square feet per inmate. The Plaintiff plus 97 individuals who have signed with him all live in this living environment where Tensions are high, Fights break out, safety of all individuals are in jeopardy.

Code 2A - Means the facility is shutdown — No Recreation— Behind the doors Are locked. Food brought to door the officer is unknown - 24 beds per tier -24 hours In a day— 1 hour out for each inmate in a locked secure Sub-day room for use in a minimal movement. But Duty Officers do not exercise the use. The deputy leaves everyone throughout the Facility locked behind doors depriving Supreme Court decisions for 23 and 1. Instead Everyone remains behind the cell doors up to and over 150 hours, with NO RECREATION. The deputies listed on page 4 & 5 have not provided the required 1 hour recreation

b. Cruel and Unusual - Food - Rats - Roaches - Spoiled Meat - Bacteria - Mold - all In the Kitchen. The food can not be eaten, when it is ate - Stomach viruses occur continuously. Everyone hear has had it over and over again. This causes Rapid weight loss - starvation Slow Death. Everyone is subjected to eating this Food containing Bacteria, Rat defecation, Roaches, and the workers serve food Freezer burnt and outdated. Things that can be brought to light under interrogatories. The deputies listed on Page 4 & 5 have each served food required to eat knowing each of rats roaches mold and Bacteria is in the Food

2) The Sheriff issued a Policy that inmates/petainees can not gather in a group even if for Religious services. The deputies listed on page 4 and 5 have each stopped all individuals listed from gathering together for a religious meeting. I and we have been told not to practice any religious services; by the deputies listed

3) a. Code 2A - Means facility is shutdown from Movement - when This occurs, inmates are locked behind doors where no Showers are available In cells - listed in section 1 of this page.

b. Outdoor recreation is not available not at issue. Whomever read initial Complaint is MISTAKEN and needs to re-read complaint and Identify where the word Outside/out doors is used: The word outdoor is used in the natural meaning of not inside the confines of the facility.

c. Mail is Not Allowed to be mailed to the Facility unless it comes from the Court.

d. There is no Law Library available here; it is closed.

4) I was pinned between 2 cars crushing my legs. I stood before this very court in my leg braces. I receive a mild pain killer, Ibuprophen 800 milligram - to ease Pain Plus torn rotator Right arm, Right hand; Medical Staff Charge 5⁰⁰ for 10 pill 200 milligram Ibuprophen Had other Inmates medication Runs out prescription and it is noted Refusal; OR Lights out at 9:30pm when Medical Staff Comes around and Does not wake up for medication stating I refused when asleep as ordered by Rules/Policy.

~ 7C -

5) How has each guard directly affected me in their individual acts:
The intake officers Names unknown (I had no way to write down names) housed me in a room* with 15 other individuals for 5 days, no recreation, No shower no change of clothes.

6) Taken to C Unit in a Sub-day* room cell with another individual; room 114. Then officers locked the door; For 11 days officers on 3 shifts did not allow me or any inmate out of the cell because Facilities 2A (9a). I had no pen, pencil, paper to write the names of officers. I was allow out for 4 days then placed back in cell for 14 days with no recreation when on both occasions the Sub-day room could have been utilized. Deputys: Horton, Marshall, Stovall, Callaway, Jackson, ALLIE, Jones, Reed, Harrison, Herron, Jackson, Husky, Petello, Hunter did not allow the (1) one hour recreation time out of the ~~Cells to shower~~ cells. The deputies stated upon conferring* with them verbally; being told it is the Shift Lieutenant; Nelson; Yakimoviez; Lattimore; ALLEN. The orders are carried out by Sargents; Messidig; Hunter; Nelson; Lattimore. When Major Thompson came to Unit I requested to speak with him about Recreation, Mail, Showers and thing listabove; He walked off. ON October 3, 2022 @ 2:30 pm Sheriff Higgin and I conferred in W1-1 for 30 minutes about issues presented above He stated He would look into it with no changes implimented. Therefore, I have been through the administrative process to Sheriff Higgins. I and others are getting sick, Loosing weight from Starvation, causing Fights over food, locked in cells not getting showers, recreational* time, ~~Captain~~ Major Rose ordered Cheif Hendrix to not allow Religous Services; Policy undocumented and there is No regulation to record outgoing legal mail; No Certification or Return Reciept available to track mail and under Rule 23 Federal Rules Civil Procedure everyone is affected by the same actions of single grievance Mandating the Class Action.

Incorporate the initial Filing to this Amended complaint and Incorporate Relief Sought; And all Names and signatures herewith

* Room is 12 x 12 not quite square but average

* Sub-day is an area where Showers are located 15 x 12 with a table that can be locked and Seperated

* Inmate Handbook Rules Page 24 "GRIEVANCE PROCEDURE" "Steps..." "(1)

# Recreational time is time out of cells or out of bunk areas to exercise or walk; To move about other than the 5' x 3' area assigned as living Quarters.

-7d-

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Injunctive: Kitchen to have brought up to Arkansas Jail Standards or serving temperature, Clean Food Prep Area, remove filth to remove rodent Breading, extermnate Roaches Ants Rodents Reduce Inmate population to safer level allowing Kitchen to maintain proper serving count Hire licensed Hazardous Meterial and Environmental Company to remove black Mold Look in to the Medical Services Provider for humane treatment of Inmates and investigate recent death in the intake unit along with the falsification of Medical records, Look Into failure to provide Personal Protect Equipment for inmates cleaning mold Have Structural Engineer to look at Building structural Demase/Cracks, Have inmates currently Housed at Pulaski County Regional Detention facility medically examined for injuries due to Mold and the long term effects of exposure and future Harm. cause by its continued exposure $1,000 each to inmates currently housed and forced to endure the extreme conditions subjected here at PCRDI.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Provide a Law Library at NO COST To the inmate population

Executed on this 22 day of September, 2022.

_Paul Caswell_
_Chris Guiding_

_____

Signature(s) of plaintiff(s)

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

Injunctive Relief: Kitchen brought up to Arkansas Jail Standards/serving temperature/Calorie Count
Clean Food Prep Area/Remove filth. Find de Facto Facilities or modify to allow (1) hour
of recreation per day/ Develop a Mail Log System to record out going Legal Mail/
1,000 per violation when found Inmates rights violated/ Provide a Law Library
at no cost to inmate population

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  14  day of  November      , 20 22 .

Paul Crowell

Wilbur Brown

Jeffrey McEwen

Signature(s) of plaintiff(s)

-8-

Carl Crenell 250807
3301 W Roosevelt
Little Rock AR 72204

 

US POSTAGE
$00.81º
First-Class
Mailed From 72204
11/15/2022
032A 0061864891

Clerk of the Court
United States District Courthouse
Eastern District of Arkansas
Central Division
Suite A149
600 W. Capitol Ave
Little Rock AR 72201-3325