IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES EDWIN ALLEN**  **PLAINTIFF**
**#54167**

V.   NO. 4:22-cv-001165-JM

**HIGGINS**, *et al*.   **DEFENDANTS**

## ORDER

With his initial filing, Plaintiff failed to provide a completed application for leave to proceed *in forma pauperis* (IFP), including a jail account information sheet signed by an authorized official; nor did he pay a filing fee. Accordingly, the Court directed the Clerk of Court to send Plaintiff an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. The Court's Order specifically warned Plaintiff failure to comply within 30 days would likely result in the dismissal of this lawsuit.

To date, Plaintiff has not addressed the filing-fee requirement, and the time to do so has passed.

Accordingly, Plaintiff's case is DISMISSED, without prejudice for lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE