# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES EDWIN ALLEN**                                                                                  **PLAINTIFF**
**#54167**

V.                                    NO. 4:22-cv-001165-JM

**HIGGINS,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE